Arthur WEIL, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 62520.

Missouri Court of Appeals,
Western District.

Nov. 12, 2003.

Mark A. Grothoff, Columbia, MO, for Appellant.

John M. Morris, Breck Burgess, Jefferson City, MO, for Respondent.

Before EDWIN H. SMITH, P.J., HOLLIGER and HARDWICK, JJ.

### ORDER

PER CURIAM.

Arthur Weil appeals from the denial of his Rule 29.15 motion after an evidentiary hearing. He seeks to vacate his conviction for first degree robbery and twenty-five year prison sentence based on the alleged ineffective assistance of his trial counsel. We have reviewed the record and find no error in the denial of postconviction relief. Because a published opinion would have no prejudicial value, the parties have been provided with a Memorandum explaining the reason for our decision.

The judgment of the motion court is affirmed. Rule 84.16(b).

Charles EDWARDS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 62158.

Missouri Court of Appeals,
Western District.

Nov. 12, 2003.

Nancy A. McKerrow, Columbia, MO, for Appellant.

John M. Morris, Andra Follett, Co-Counsel, Jefferson City, MO, for Respondent.

Before HOWARD, P.J., LOWENSTEIN and SMART, JJ.

### ORDER

PER CURIAM.

Movant, in a Rule 29.15 appeal, contends trial counsel was ineffective for failing to interview and call a witness. Trial counsel's decision not to call the witness was based on trial strategy, which included that the witness had manslaughter, stealing, and three DWI convictions. Affirmed. Rule 84.16(b).